UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  SACV 96-867-GLT (EEx)          Date: 12/1/97

Title: SEL CLOTHING, INC. v. FANTASY ACTIVEWEAR INC., ET AL

========================================================================
PRESENT:

                THE HONORABLE GARY L. TAYLOR, JUDGE

   KATHLEEN GAULT PETERSON          Sally Marshall
      Courtroom Clerk                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

Floyd Brown                              Martin Jacobs

PROCEEDINGS:   HEARING ON DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE
OF ALLEGED LANHAM ACT AND VIOLATIONS, TO DISMISS CLAIMS FOR LACK OF
JURISDICTION AND STANDING, AND EVIDENCE PURPORTING TO SHOW THAT
DEFENDANT DID NOT MAKE REQUIRED REPORTS OR REPORTS ON A TIMELY BASIS OF THE
WITHIN TRANSACTION TO THE IRS

    Counsel are present and the Court and counsel discuss the Court's
tentative order.  The Court adopts, signs and files the tentative order
denying defendants' motions.  The Court orders counsel and their clients to
return to Court at 2:30 p.m.

    Counsel, their clients and the Court discuss settlement of this
matter.  The Court sends the counsel and their clients to discuss
settlement and to report back to the Court.

    Counsel return to Court with their clients and report that a
settlement has been reached.  The parties put the terms of the settlement
on the record orally, with the consent and agreement of the clients.  The
Court approves the settlement and orders it carried into effect.  The Court
inactivates this case statistically while the parties carry out the terms
of settlement, with the ability to reactive this matter, for good cause
shown.  The Court retains jurisdiction for settlement purposes.

MINUTES FORM 11                                    Initials of Deputy Clerk
CIVIL - GEN

✓ Docketed
✓ Mid copy Ptys
✓ Mld Notice Ptys
✓ JS - 6

49